UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
CARL HENLEY,          :
          :
         Plaintiff,  :
          :     20-CV-9399 (VSB)
    -against-  :
          :     **ORDER**
          :
DEPARTMENT OF CORRECTIONS et al.  :
          :
         Defendants.  :
          :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On October 7, 2021, I entered an order directing Plaintiff to file a third amended complaint in this action, and I directed that this order be mailed to Plaintiff at the last address he provided to the Court. (Doc. 12 ("Third Amended Complaint Order").) On November 5, 2021, a docket entry noted that the mailing of the Third Amended Complaint Order had been returned because Plaintiff had been transferred to a different prison. Plaintiff was told by a prior order in this action that "it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so." (Doc. 7.) Accordingly, it is hereby

      ORDERED that Plaintiff must update his address by no later than December 8, 2021, using the Notice of Change of Address form. This form can be found online by following the links on the Court website at the URL https://www.nysd.uscourts.gov/atty-changeaddress. It is further

ORDERED that Plaintiff's time to comply with the Third Amended Complaint Order is extended until December 21, 2021.

Plaintiff is cautioned that failure to comply with this order by the stated deadlines likely will result of dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this order, a copy of the order at docket number 12, and a copy of the Court's Notice of Change of Address form, to Plaintiff at the following address:

    Carl Henley
    Mohawk Correctional Facility
    6514 Rt. 26
    PO Box 8451
    Rome, NY 13442

SO ORDERED.

Dated:   November 8, 2020
           New York, New York

                                            Vernon S. Broderick
                                            United States District Judge