UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                         :

CARL HENLEY,

                          Plaintiff,                   20-CV-9399 (VSB)

          -against-                       **ORDER**

DEPARTMENT OF CORRECTIONS et al.

                        Defendants.
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On November 8, 2021, I entered an order extending Plaintiff's time to file a third amended complaint and to update his address, and I indicated "failure to comply with this order by the stated deadlines likely will result of dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (Doc. 13.) Plaintiff has failed to comply. Accordingly it is hereby

       ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   December 22, 2021
              New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge